# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**EUGENE SMITH,**

    **Petitioner,**

**v.**                                         **CASE NO. 3:18-cv-2104-MCR/MJF**

**MARK S. INCH,**

    **Respondent.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated October 21, 2019. ECF No. 30. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 30, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 27, is **GRANTED**.

3. Petitioner's amended petition for writ of habeas corpus, ECF No. 7, is **DISMISSED**.

4. The Clerk of Court is directed to close the file.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**